No. 04–10318.  MILLER v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 04–10319.  SUTTON v. SOLIS, CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 04–10320.  RODRIGUEZ v. SCRIBNER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–10321.  SMITH v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 04–10323.  BORTOLON v. RYAN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–10325.  DANIEL v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 04–10326.  HINTON v. UCHTMAN, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 04–10329.  GRANT v. FOLINO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–10331.  GAPEN v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 04–10336.  PALOMPELLI v. SMITH, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–10337.  PARKER v. DENSON, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 04–10340.  ANDERSON v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 04–10341.  CHILDS v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 04–10342.  BENTON v. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.